IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARZUQ AL-HAKIM,

    Plaintiff,

v.                                                            CASE NO. 4:05-cv-00310-MP-EMT

WARDEN RISKA,
et al.,
    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 34, Report and Recommendation of the Magistrate Judge, recommending that this matter be dismissed with prejudice. The petitioner filed an objection, doc. 37, which contained a motion to file an amended complaint. The Court agrees with the Magistrate Judge that petitioner failed to disclose a previous lawsuit which was dismissed as frivolous. Accordingly, it is appropriate that his current case be dismissed as a sanction without the opportunity to amend. Additionally, the Court finds that Emergency Verified Motion for Preliminary Injunction, Alternatively, Motion for FBI Inquiry by Marzuq Al-Hakim (doc. 35) is without merit. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is DISMISSED, and the clerk is directed to close the file.

    3.    The motions at doc. 35 and 37 are denied.

    **DONE AND ORDERED** this  *22nd*  day of September, 2006

                                      *s/Maurice M. Paul*
                                 Maurice M. Paul, Senior District Judge